DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FAIRCLOTH

No. 322P87.

Case below: 85 N.C. App. 349.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 July 1987.

STATE v. GARTEN

No. 220P87.

Case below: 85 N.C. App. 171.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. HARLEE

No. 219P87.

Case below: 85 N.C. App. 159.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. JENNINGS

No. 214P87.

Case below: 85 N.C. App. 349.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 7 July 1987.

STATE v. JONES

No. 231P87.

Case below: 85 N.C. App. 56.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Petition by Attorney General for discretionary review of Willie Kate Jones case pursuant to G.S. 7A-31 denied 7 July 1987.